# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Korey Jones,

Plaintiff

vs.

Major Prentice, Lt. T. Punkey, former Warden Pierce, Counselor Dematti, C/O Zimmerman, C/O Snyder, Chad Brown, C/O Cox of Gang Intel, C/O Kachel of Gang Intel, C/O Pierce Jr. of Gang Intel, C/O Bufford of Gang Intel,

Defendant(s)

Case No. ▓▓▓▓▓
(*The case number will be assigned by the clerk*)

SCANNED at PCC and E-Mailed
09.06.16 (date) by SH (initials)
19 (# of pages)

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Korey Jones

Prison Identification Number: R27009

Current address: P.O. Box 99
Pontiac, IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Prentice, S

Current Job Title: Major

Current Work Address: P.O. Box 99
Pontiac, IL 61764

Defendant #2:

Full Name: T. Plinke

Current Job Title: Lieutenant

Current Work Address: P.O. Box 99
Pontiac, IL 61764

Defendant #3:

Full Name: DeMattia, S

Current Job Title: Counselor

Current Work Address: P.O. Box 99 Pontiac, IL 61764

Defendant #4:

Full Name: ZIMMERMAN

Current Job Title: Correctional Officer

Current Work Address: P.O. Box 99 Pontiac, IL 61764

Defendant #5:

Full Name: Chad Brown

Current Job Title: Adjustment Committee Chairman

Current Work Address: P.O. Box 99 Pontiac, IL 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Additional Defendants

Former Warden Pierce
Current Job title- Chief Administration officer (Head warden)
Address- P.O. Box 99, Pontiac, IL 61764

B. Snyder
Current Job title- Correctional officer, Former Gang intel officer
Address- P.O. Box 99, Pontiac, IL 61764

Cox
Current Job title- Gang intel officer
Address- P.O. Box 99, Pontiac, IL 61764

Kochel
Current Job title- Gang intel officer
Address- P.O. Box 99, Pontiac, IL 61764

Bufford
Current Job title- Gang intel officer
Address- P.O. Box 99, Pontiac, IL 61764

Pierce JR
Current Job title- Gang intel officer
Address- P.O. Box 99, Pontiac, IL 61764

1. Name of Case, Court and Docket Number
   N/A

2. Basic claim made     N/A

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)     N/A

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   PONTIAC CORRECTIONAL CENTER

## Witnesses to my claim

Page 6 of 14

1) (Attorney At Law) Daniel L. Fultz
2) (Attorney At Law) Stephenie Harper
3) Kelley Hacy (Mental Health Social Worker)
4) Marland Edwards M-17621 (Inmate)
5) Jesus Doran 13-58108 (Inmate)
6) DeAndre Archer (Inmate)
7) Darrel Davis K-98433 (Inmate)
8) Antwan Lacy (Inmate)
9) Jamal Bracey (Inmate)
10) Jesse R. Lee (Inmate)
11) ~~Deuson~~ Tate M-26854 (Inmate)
12) John Wilson Jr. B-15948 (Inmate)
13) Antonio Ross S-03524 (Inmate)
14) Dr. Baharae Hasshazabae (Neurologist)

Date(s) of the occurrence ____March 8th, 2016____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1) "Warden Pierce" was at my Administrative Detention Hearing January 15th 2015, He told me i would be Administrative Protective custody meaning i would be housed seperate from general population for the Rest of my sentence. Warden Pierce told me that this was for my own safety and that if i didnt want to go P.C. i would be housed in A.D. for the remainder of my time. I asked Pierce who was the Assistant Warden, then would i be safe. He assured me i would. So i agreed to go to P.C. January 2016, i told Warden Pierce when he toured west house, i was scheduled to be release from seg. February 18th 2016, And i feared going to east house around population inmates, including Boss inmate i snitched on. Warden Pierce Deliberately Ignored my warnings, and i was Attacked by Boss, and inmate Brown who was Denied P.C. by him the "Warden" his self. Furthermore the day i was attacked on yard by Boss who was on yard Restriction, meaning he should not have been on the yard, in the first Place. This was Deliberate indifference, And failure to protect A violation of my 8th Amendment.

2) "Counselor Demattia" was my counselor from Aug. 2015 to Jan 2016. She was also the P.C. intake counselor, who take inmate request for P.C. Counselor Demattia interviewed me in February 2016, I told her i was Administrative P.C. And that there

i could not be housed by population inmates, are A-D inmates.

I also told DeRattia that i was enemies with inmate Ross, and that we needed to be seperated because Ross threatened my life. DeRattia failed to properly report my complaints against Ross, and the results were me being assaulted March 8th, 2016, on the yard by Ross, and Pierre Brown. This was Deliberate indifference and failure to protect, A violation of my 8th amendment.

3) "Chad Brown" sat on the Administrative Detention committee. He sat on my A-D committee hearings January 15th, 2015. He told me he was recommending me to be let out of A-D, but i was sent Administrative Protective custody. He assured me i'd be safe in The P.C. Unit. Between July 2015 – March 2016, Chad Brown was Also head of the adjustment committe. I told Chad Brown my fears at one of my disciplinary hearings in regards to going to East House, around general population, and inmate Ross. Chad Brown assured me i would go straight to South House. However, i was released from segregation on Feb 18th, 2016, And housed in East House around inmate Ross, and population inmates. This lead to me being assaulted on the yard by Ross, and Pierre Brown, when i clearly warned Chad Brown i could not be housed in east house, Due to the Threat on my life, and inmate Ross being over there. This was deliberate indifference to my safety, and failure to protect.

6

4) "C/O Zimmerman" is the officer who was working the gallery March 8th 2016. I told him i was enemies with inmate Ross Due to me snitching on him, and i heard him Ross, and his neighbor Pierre Brown speaking with population inmates, and were passing letters all night, to each other "via" three lines' laundry bags. I also told him i feared an attack from Ross, and inmates who were Denied P.C. already. C/O Zimmerman told me i would be fine, and that i could hold my own. I went to yard trusting this C/O's words, and ~~scratched out~~ I asked the C/O Zimmerman to call gang intel to relay my worry. C/O Zimmerman said he was busy, and i'd be fine. But if i still worried i could talk to Lt. T. Punke, but he told me, "June you'll be ok, you handle your self ok", and smiled, and let me out my cell. I told C/O Zimmerman that inmate Ross was on yard restriction. C/O Zimmerman told me again you'd be ok. And let inmate Ross out his cell for yard. This was Deliberate indifference, and failure to protect. Cause IN his action i was assaulted, when he could of help me.

5) "C/O Snyder" use to be gang intel, and i was his confidential informant. I gave up information on inmate Ross to snyder, and he promised me he would put Ross on my Keep seperate list, meaning i would Never be around Ross. This was in exchange for information on several inmates. However, after i gave Snyder the information he Needed, he failed to place Ross on my Keep seperate list, which resulted in me being assaulted by Ross, and Brown on the yard. This was Deliberate indiffer, and failure to protect.

6) "Lt. T Punke" is the lieutenant of east house. I sent him several kites to Lt. Punke between February 18th 2016 AND March 8th, 2016 explaining to him how i was enemies

Kites, I even spoke to LT. Punke face to face about these issues to no avail. As a Result me, and Ross were not seperated, and i was attacked by Ross, and a inmate who was Denied P.C. March 8th 2016. This was Deliberate indifference, and failure to protect.

7) "Major S. Prentice" is the major over east House. I sent Major Prentice several Kites Notifying her that i was enemies with inmate Ross, and that i was administration P.C. status, and i shouldn't be in her cell house, around inmates who was Denied P.C. are Population inmates. She told me Don't worry about her cell house, if Gang Intel want me to move, they'll move me. I asked her why do she allow Population inmates to drop lines down to P.C. inmates. She told me she Run her cell house like she feel fit. If I aint like it, i could go back to seg. This was Deliberate indifference, and failure to protect, cause it resulted in me being assaulted by Ross & Brown in her cell house!

8) "Gang Intel officer Pierce JR" interviewed me January 2016, It was him and LT. Forbes, I told him i still needed P.C. on my release from seg Feb 18th 2016, Pierce JR told me i'd better stay out of trouble, are he was send me back to A.D. I told him he knew i snitched on Ross, and he was trying to come to P.C. He told me aint snyder put yall "K.S.F." I told him, i aint No, cause my counselor told me i couldn't get that infor mation, I told him June 2015, he (Ross) was not on my list. Pierce JR said he'd make sure he (Ross) was not around me. And to stay out of trouble, Feb 18th 2016, I was released from seg, and put in east House, around inmate Ross, and population, and Denied P.C.

I wrote Pierce Jr several kites, about me being placed in un approve P.C. around Denied P.C. inmates, and inmate Ross. I heard Nothing from Pierce Jr. This was Deliberate indifference, and failure to protect. cause its resulted in me being assaulted in east house by Ross: Brown.

9) "Gang intel officer Kochel," Have Dealt with me, and my P.C. issues since "2013". He have sent me out of Pontiac C.C. Due to safety concerns. But for safety concerns in Stateville i was sent back to Pontiac C.C. Feb 18th 2014. Gang intel officer Kochel, had me assigned to rec alone in Administrative Detention, For my safety. Once i was voted to leave A.D. Kochal along with others placed me in P.C. status. He assured i'd be safe. November 2nd 2015, a inmate was assaulted on "3" gallery in West House. On November 3rd 2015 Kochel came to interview me, about what happen. I gave him information on what happens, and i told him you Know i get out of seg Feb 18th 2016 I need to be sent back to south House, when i got out of seg. He Kochel told me in Administrative P.C. status, if im not in P.C. in the south House, i'll be going back to A.D. I told him i snitched on inmate Ross, and he's trying to go to P.C. too. Kochel assured me that i would not be around Ross. So Dont worry about it. Feb 18th 2016 I was sent over to east House around Population and inmate Ross. I wrote Kochel Numerous times and he Never seen me. March 8th 2016 i was assaulted by Antonio Ross & Pierre Brown on the yard. This was Deliberate indifference, and failure to Protect.

10) "Gang intel officer Bufford,"
I told him march 5th, as i waited to be interviewed

By gang intel cox, that several inmates was threating me, and that the major Prentice, and LT. T. Punke was allowing courtwrits & Population to be housed as the score gallery as P.C. And there Planning to have me hurt, if somebody Don't move me, officer Bofford told me to report it to officer cox, And id be moved soon, on March 8th 2016, i was violently assaulted, and permently injured, on the yard, by a inmate who was Denied P.C., and a inmate who was on yard restriction, while getting a x-ray on my jaws, after i was severly bea un-conscious, officer Bofford said in front of LT. Schoerclaw, "I've told Numerous officals it was not, A good idea to have Protective custody in the same house as Population & A.D. This was Deliberate indifference, and failure to Protect, cause he could of move me from around Ross, and others in east House.

11) "Gang intel officer cox"
He was was present June & July 2015 when C/O snyder interviewed me, and Promise to put Antonio Ross on my K.S.F sheet, Also on March 5th 2016, he cox called me to his office to interview me. I told him in front of numerous witnesses, who i've listed Down as witnesses. That inmates were threaten to have me "hit"; i needed to be moved out of east House. He gave me some writeouts (envelopes), and told me to write spring field, and soiled. I said cox im serious, yall got P.C. inmates who Been Denied by the

, and Warden Pierce, interacting with population and inmates, there planning to have me hit, there talking in code, and it aware of what there saying. He told me he (cox), and officer Kocher a have me moved, just how in there. I told officer cox, you know i snitched on Boss, i thought Snyder was going to put him on my K.S.F. so he wouldn't be by me. Cox told me Jones its a Transferder, you'll be ok. I'm sure of that. March 8th 72 hours later, i was violently assaulted by inmate Boss, and inmate Brown who was Denied P.C. This was Deliberate indifference, and failure to Protect.

12) All above a "11" Defendants were acting under the color of state laws.

— Legal claims — violation of my 8th Am

13) each Defendants was well aware of the violence here at Pontiac C.C., each defendants was well aware of the threat of my well being I also fore warned these prison officals, that i was going to be attacked, they did nothing to prevent it. And i was attack: brutally beat un consic The former Warden Pierce, knew about Pontiac C.C. officals mixing inmates of Different P.C. Groups, which is flat out Dangers. Delibrct indiffence. I was put on yard with a inmate Desired P.C. I told the warden i feared for my safety. I also told Gang intel: other prison officals i feared for my s

I want $200,000 in compensatory Damages.

Relief requested.

RELIEF REQUESTED
(State what relief you want from the court.)

as well as Nominal Damages. And $35,000 for punitive Damages from each Defendant in there individual, and offical capacity. There's a total of a 11 Defendants.

I'm also Requesting a court order injunction that will Force I.D.O.C Security to stop housing P.C. inmates among general Population inmates. And stop housing inmates who been Denied P.C. by the warden; Facility esity inmates wanting togo to P.C. are inmates who have not Been Denied, but is waiting on a Decision.

JURY DEMAND    Yes [X]    No [ ]

Signed this  5th  day of  September , 20 16 .

_____ , R-27009
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Korey Jones, A | # R-27009 |
| Address: Pontiac Correctional center P.O. Box 99, Pontiac, IL 61764 | Telephone Number: |

IN THE UNITED STATES DISTRICT COURT FOR
the central District of Illinois.

| | |
|---|---|
| Korey Jones<br>Plaintiff's<br>V. ~~Farrel~~<br>Warden Guy Pierce et,al<br>Defendants | Declaration of fact<br>Korey Jones A |

Pursuant to 28 USC 1746, 18 USC 1621, I Declare, under Penalty of perjury, that every thing contained here in is True...

For the last ~~few~~ years ive had a hit on my life in Illinois Department of Corrections, from Gangs : inmates. March 8th 2016, after i forwarn numerous prison officials, I was assaulted by 2 inmates i should not been around. While in seg, i asked the courts to help me, cause i feard for my life : safety. Judge Sara Darrow sent me a 1983 form, but i told her i had to exhauste my administrative remedies. In doing this i was attacked again April 9th 2016. Months later September 5th 2016, I've exhausted my administrative remedies as much as possible, ive got responses for every one possible, Now im left to the mercy of the courts to help ~~me~~. Im asking for a emergency "injection" that i be housed in P.C. once im let out of seg 9/9/16. cause if im not i may be assaulted again. I further more am suing for a violation of my 8th admendment violation, of failure to

protect, Deliberet indifference to my safty. to be free from harm from other inmates.

I'm also mentilly ill, i take medication for my anixety, deperssion. I have no high school education. So ive tryed to obtain legal couns so i can understand this, cause im lost.

I further say, every thing here in my complaint is true + honest. Thank you.

I Declaire under penalty of Perjury that every thing contained herein is True and Accurate to the best of my knowledge and belief.

Signed of this 5th Day of Sep 2016

_____ D-27009

STATE OF ILLINOIS     )
                      )  ss
COUNTY OF Livingston  )

### AFFIDAVIT

I, Kobey Jones, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

Yesterday i was tooken off ground to the Neurologist Institution in Peoria, Illinois. Due to the Damage of my right eye, i recieved when i was Boss Beat 30 when we March 8th 2016. Dr. Behavior Hassaizazalbue, say i recieve Nerve Damage to my right eye, and my peripheral vision may never come back to Normal, she said when you get beat in your face this is what key happens.

My Medical visit was on August 25th 2016.

I also recieved numerous scars from the beating i took that left scars from the stitches, which i'll have to also live with for the rest of my life. All my injuries are in my medical file(!).

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 26th day of August, 2016

Affiant _____ M-27009

Exited

**Sartain, Brittany**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Monday, May 09, 2016 9:36 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | Activity in Case 1:16-cv-01103-SLD Jones Order on Motion for Miscellaneous Relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**CENTRAL DISTRICT OF ILLINOIS**

**Notice of Electronic Filing**

The following transaction was entered on 5/9/2016 at 9:36 AM CDT and filed on 5/9/2016
**Case Name:**        Jones
**Case Number:**      1:16-cv-01103-SLD
**Filer:**
**WARNING: CASE CLOSED on 05/09/2016**
**Document Number:**  No document attached

**Docket Text:**
TEXT ORDER entered by Judge Sara Darrow on 05/09/2016. Plaintiff previously filed a letter [1] that the Court interpreted at a desire to file a lawsuit. In a text order entered April 6, 2016, Plaintiff was directed to pay the full filing fee or a petition to proceed in forma pauperis. Plaintiff thereafter filed another letter [2] stating that he did not intend for his previous letter to initiate a lawsuit as he has not yet exhausted his administrative remedies and he intends to do that first. The Court construes Plaintiffs letter [2] as a motion to voluntarily dismiss his claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The motion [2] is GRANTED. This case is dismissed without prejudice and the case is terminated. The Court will waive the filing fee for this case, however, should Plaintiff file a lawsuit in the future, he will be responsible for any filing fees. (ED, ilcd)


**1:16-cv-01103-SLD Notice has been electronically mailed to:**

**1:16-cv-01103-SLD Notice has been delivered by other means to:**

Korey Jones
R-27009

N 748

1

1:16-cv-01335-HAB # 1 Page 19 of 19

SCANNED at PCC and E-Mailed
04/11/16 (date) by JL (initials)
___1___ (# of pages)

Exhibit 8

To: Judge SARA Darrow of the central District of Illinois

Case Name: Jones
Date: 4/8/16
Case Number: 1:16-cv-01103-SW

I recieved a packet to file a lawsuit about my rights being violated, Mainly i've Not exhausted all my remedies, I'm trying my best to exhauste all my remedies as fast as possible, cause im seriously in harms way. I've been let out of segregation, today, and Pontiac staff have placed me back in the east house un-approved I-gallery, with population at the end of the gallery. A Population inmate just came back from the law library, and sees me in the chuck hole is my cell, and told some inmates in P.C thats un-approved, im back to handle me. I was just violently assaulted, i just gave a kite to c/o Navarro to give to gang intel. I've not heard any thing. So if i come out my cell, im a be force to protect my self. But however i got to exhauste my remedies according to the P.L.R.A. so im a do that first, and hope i can survive til then.    R-27009

Kotey Jones
E-1-07