Writ of Habeas Corpus (12/2010)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Korey Jones** ) | | |
| Plaintiff(s) ) | | |
| ) | | |
| vs ) | Case Number: **16-1335** | |
| ) | | |
| **Punke et al** ) | | |
| Defendant(s) ) | | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE WARDEN of **Stateville CC** at **Joliet, Illinois**.

**WE COMMAND** that you produce the body of **Korey Jones**, Register No. **R27009**, who is in your custody at **Stateville CC** before the United States District Court on **3/28/2019 at 10:15 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable Shig Yasunaga, Clerk of the United States District Court for the Central District of Illinois.

DATED: **3/13/2018**

BY: *[signature]*
Shig Yasunaga,
Clerk, U.S. District Court