# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KOREY JONES, #R27009 ) | |
| ) | |
| Plaintiff, ) | The Honorable Harold A. Baker |
| ) | |
| v. ) | |
| ) | No. 1:16-cv-01335 |
| WILLIAM ZIMMERMAN, ) | |
| TODD PUNKE ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE JOINT FINAL PRETRIAL ORDER

NOW COMES Plaintiff, KOREY JONES, by and through his attorneys JARED COSTANZO and NICHOLAS SHEPHERD of the UNIVERSITY OF ILLINOIS COLLEGE OF LAW FEDERAL CIVIL RIGHTS CLINIC, and for his Motion for Extension of Time to Complete Joint Final Pretrial Order states as follows:

1. On March 14, 2019, Plaintiff's counsel emailed Defendants' counsel seeking a 1-day extension to submit Plaintiff's Proposed Final Pretrial Order. Defendants' Counsel permitted a 1-day extension.

2. On March 15, 2019, Plaintiff's counsel served upon Defendants their Proposed Final Pretrial Order, as per Local Rule 16.1(f).

3. A joint final pretrial order is currently due to the Court on March 21, 2019.

4. At 3:00pm, 3:20pm, and at 4:25pm on March 21, 2019, Defendants' Counsel submitted different sections of their amendments for the Proposed Final Pretrial Order.

5. In this email, Defendants' Counsel also indicated that they will propose alternate/additional jury instructions, which Plaintiff's counsel had not yet received as of 4:30pm on March 21, 2019.

6. Plaintiff has also not yet had the opportunity to discuss Defendant's changes to the Proposed Final Pretrial Order.

7. Plaintiff would be prejudiced if the parties do not have the time or opportunity to discuss a Proposed Final Pretrial Order with Defendants.

8. Plaintiff is also prepared to submit his Proposed Final Pretrial Order to the Court, if the Court so requests.

WHEREFORE, Plaintiff prays that this Court:

1. Extend time to complete a joint pretrial order until March 25, 2019, or until such time that Plaintiff can properly discuss a Proposed Final Pretrial Order with Defendants.

2. Grant such other relief as the court deems appropriate under the circumstances.

3. This motion is made in good faith, not for the purpose of undue delay, and should not affect the pretrial or trial settings.

Respectfully submitted,

Korey Jones, Plaintiff

By:

/s Jared Costanzo
/s Nicholas Shepherd
University of Illinois College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Champaign, IL 61820
Jaredmc2@illinois.edu
Sheperd2@illinois.edu

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KOREY JONES, #R27009 | ) |
| | ) |
| Plaintiff, | ) The Honorable Harold A. Baker |
| | ) |
| v. | ) |
| | ) No. 1:16-cv-01335 |
| WILLIAM ZIMMERMAN, | ) |
| TODD PUNKE | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 21, 2019, I electronically filed the foregoing Motion for Extension of Time to Complete Joint Final Pretrial Order with the Clerk of the Court using the CM/ECF system, which will send notification to the Defendants at the address of their attorney below:

Joseph E. Okon
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (212) 782-2077
jokon@atg.state.il.us
*LEAD ATTORNEY*

                              /s Jared Costanzo
                             /s Nicholas Shepherd
           University of Illinois College of Law
                    Federal Civil Rights Clinic
                504 E. Pennsylvania Avenue
                          Champaign, IL 61820
                           Jaredmc2@illinois.edu
                           Sheperd2@illinois.edu