# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KOREY JONES, #R-27009, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 16-CV-1335 |
| | ) |
| SUSAN PRENTICE, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Korey Jones, by and through his attorney, and Defendants, Todd Punke and William Zimmerman, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice. Plaintiff and Defendants agree as follows:

1. On March 28, 2019, the parties agreed to settle this matter.

2. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits the parties to voluntarily dismiss an action by signed stipulation.

3. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

4. Plaintiff and Defendants shall bear their own attorney's fees, costs, and expenses.

Respectfully submitted,

| | |
|---|---|
| s/Nicholas G. Shepherd (with consent) | s/JeremyC.Tyrrell |
| Nicholas G. Shepherd | Jeremy C. Tyrrell, #6321649 |
| *Attorney for Plaintiff* | Assistant Attorney General |
| | *Attorney for Defendants* |
| | |
| Dated:   8/7/19 | Dated:   8/7/19 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| KOREY JONES, #R-27009, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 16-CV-1335 |
| | ) |
| SUSAN PRENTICE, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, the foregoing document, <u>Stipulation of Dismissal</u>, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Shepherd        sheperd2@illinois.edu

Respectfully Submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 782-5819 Phone
(217) 524-5091 Fax
E-mail:   jtyrrell@atg.state.il.us